JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PPG Industries, Inc<br><br>          Plaintiff,<br><br>v.<br><br>Llamas Plastics, Inc. et al<br><br>          Defendants. | Case No.  CV 15-08485-AB (AFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 6, 2016

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE