UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PPG INDUSTRIES, INC., a Pennsylvania corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LLAMAS PLASTICS, INC., a California corporation, *et al.*<br><br>　　　　　　Defendants. | Case No. 2:15-cv-08485-AB-AFM<br><br>**[PROPOSED] ORDER DISMISSING CASE AND RETAINING JURISDICTION FOR PURPOSE OF ENFORCING SETTLEMENT AGREEMENT** |

Upon consideration of the Parties' Stipulated Notice of Dismissal and Request for Retention of Jurisdiction for Purposes of Enforcing Settlement Agreement, the Parties' request is **GRANTED.**

**IT IS HEREBY ORDERED THAT:**

1. ANY AND ALL CLAIMS in the above-captioned action are DISMISSED WITH PREJUDICE; and

2. This Court shall retain jurisdiction over this case and the Parties for purposes of enforcing the terms of the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: January 9, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable André Birotte Jr.
　　　　　　　　　　　　　　　　　　United States District Judge